MICHAEL D. KANACH  (SBN 271215)
mkanach@grsm.com
MARIE A. TRIMBLE HOLVICK (SBN 257891)
mholvick@grsm.com
MONDER KHOURY (SBN: 312949)
mkhoury@grsm.com

GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:     (415) 986-5900
Facsimile:      (415) 986-8054

CHRISTOPHER E. PARKER (*pro hac vice*)
christopher.parker@millermartin.com
RYAN A. KURTZ (*pro hac vice*)
ryan.kurtz@millermartin.com
MILLER & MARTIN PLLC
1180 West Peachtree Street NW
Suite 2100
Atlanta, GA 30309
Phone: (404) 962-6100
Fax: (404) 962-6300

Attorneys for Plaintiff
AVION PHARMACEUTICALS, LLC

Thomas R. Burke (SBN 141930)
thomasburke@dwy.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: +1 415 276-6500
Facsimile: + 1 415 276-6599


Jonathan R. Donnellan (*pro hac vice*)
Ravi V. Sitwala (*pro hac vice*)
THE HEARST CORPORATION
300 West 57th Street
New York, New York  10019
Telephone: +1 212 649 2020
Facsimile: +1 212 649 2035


Attorneys for Defendant
FIRST DATABANK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| AVION PHARMACEUTICALS, LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>FIRST DATABANK, INC.,<br><br>            Defendant. | CIVIL ACTION NO.  4:18-CV-04224-HSG<br><br>**JOINT STIPULATION OF ENLARGEMENT OF TIME AND REQUEST FOR RELIEF FROM THE CASE MANAGEMENT SCHEDULE** |

Pursuant to Civil Local Rule 6-1(b) and 16-2(d), the parties, having conferred, jointly stipulate to extend the deadlines for submission of their Case Management Statement under Civil Local Rule 16-10(c), exchange of their discovery plan and initial disclosures under Federal Rule of Civil Procedure 26(f), and their initial case management conference under Civil Local Rule 16-10(a). In support of their motion, the parties state as follows:

1. Plaintiff's Complaint (ECF No. 1) seeks relief related to Defendant's announcement that it intended to move Plaintiff's prescription prenatal vitamin products from an "F" Class value to an "O" Class value within Defendant's drug database.

2. Defendant did not move prenatal vitamins from an "F" Class value to an "O" Class value. Defendant recently announced that it no longer intends to move prenatal vitamins to an "O" class field. Instead, Defendant has announced that it intends to move prenatal vitamins from an "F" Class value into a new "Q" Class value in 2019. *See Exeltis USA, Inc. v. First Databank, Inc.*, 4:17-cv-04810-HSG (Defendant's Motion to Dismiss as Moot) at ECF No. 89, filed September 7, 2018.

3. For this reason, the parties have stipulated and agreed that Plaintiff will amend its Complaint on or before Monday, October 29, 2018 and that Defendant shall answer or otherwise respond to any amended Complaint within 14 days of an amended complaint's filing and service, as required by Federal Rule of Civil Procedure 15(a)(3).

4. The parties have conferred and further agree that a Case Management Conference and the associated initial case filings will be more fruitful once Plaintiff has amended its complaint and Defendant has responded to any newly filed allegations.

5. The parties therefore affirm that their respective counsel have conferred and agree to the relief requested by this motion.

6. The parties have previously agreed by stipulation to modify the time for Defendant's response to the Complaint on August 3, 2018, August 20, 2019, August 29, 2018 and September 27, 2018. The parties have not stipulated to or moved for extension of any other deadlines.

7. The parties agree that the requested time modification will promote efficiency in the case schedule by allowing the parties to address in the Case Management Conference the substantive issues and scheduling considerations relevant to an amended complaint, as opposed to the previously filed complaint.

8. Because no Case Management Schedule has yet been entered, the requested relief will not otherwise affect the schedule for the case.

9. For this reason, the parties respectfully request that the Court:

    a. Reschedule the Case Management Conference to occur on the first date available on the Court's calendar on or after December 3, 2018 to allow the Plaintiff to amend its complaint and the Defendant to respond or otherwise move in response; and

    b. Reset the deadlines set forth in Federal Rule of Civil Procedure 26 and for the Case Management Conference to coincide with the newly scheduled Case Management Conference.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

JOINT STIPULATION OF ENLARGEMENT OF TIME AND REQUEST FOR RELIEF FROM THE CASE
MANAGEMENT SCHEDULE - Case No. 4:18-CV-04224-HSG

DATED: October 12, 2018

Respectfully submitted,

By: /s/ *Michael D. Kanach*
MICHAEL D. KANACH (SBN 271215)
mkanach@grsm.com
MARIE A. TRIMBLE HOLVICK (SBN 257891)
mholvick@grsm.com
MONDER KHOURY (SBN: 312949)
mkhoury@grsm.com

GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:    (415) 986-5900
Facsimile:    (415) 986-8054

CHRISTOPHER E. PARKER (*pro hac vice*)
christopher.parker@millermartin.com
RYAN A. KURTZ (*pro hac vice*)
ryan.kurtz@millermartin.com
MILLER & MARTIN PLLC
1180 West Peachtree Street NW
Suite 2100
Atlanta, GA 30309
Phone: (404) 962-6100
Fax: (404) 962-6300

Attorneys for Plaintiff
AVION PHARMACEUTICALS, LLC

By: /s/ *Ravi Sitwala*
Jonathan R. Donnellan (*pro hac vice*)
Ravi V. Sitwala (pro hac vice)
THE HEARST CORPORATION
300 West 57th Street
New York, New York 10019
Telephone: +1 212 649 2020
Facsimile: +1 212 649 2035

and

Thomas R. Burke (SBN 141930)
thomasburke@dwy.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533
Telephone: +1 415 276-6500
Facsimile: + 1 415 276-6599

Attorneys for Defendant
FIRST DATABANK, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED except the case management conference

will be held on Tuesday, December 4, 2018 at 2:00 p.m.

Dated: October 16, 2018

_Haywood S. Gilliam Jr._
Hon. Haywood S. Gilliam, Jr.
United States District Judge